IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE THE BULL TROUT and ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant, | CV 21-70-M-KLD<br><br><br>ORDER |

The parties in the above captioned matter have filed a stipulation for dismissal. (Doc. 28). Pursuant to the written stipulation by the parties and Rule 41, Fed. R. Civ. P. the parties have asked that this matter is dismissed with prejudice. The stipulation requested by the parties to settle Plaintiff's claims for Attorney's Fees and Costs will be accepted by this Court.

IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice, with each party to abide by the agreed upon Fee and Cost stipulation.

//

//

DATED this 15th day of March, 2022.

                                                _____
                                                Kathleen L. DeSoto
                                                United States Magistrate Judge